THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Frederick N. Clark,

Plaintiff,

vs.

Soo Line Railroad Company,

Defendant,

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. CV 01-206 [JRT/SRN]

COMES NOW plaintiff, Frederick N. Clark, and defendant, Soo Line Railroad Company, and hereby stipulate, agree and request that the Court dismiss plaintiff's claims against defendant, Soo Line Railroad Company, with prejudice and on the merits.

GLASSER AND GLASSER, PLC

By ______________________
Kip A. Harbison ( )
Attorneys for Plaintiff
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510-2212
(800) 874-5890

DATED: March 31, 2004

RIDER BENNETT, LLP

By ______________________
Mark A. Fredrickson (210535)
Nathan O. Krahn (304013)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8950

DATED: 4-5, 2004

**ORDER**

The above-entitled matter having come before the Court pursuant to a stipulation of counsel, and the Court being duly appraised in the premises, hereby makes the following order:

THAT the claims of Frederick N. Clark against the Soo Line Railroad Company in the above-entitled matter be and hereby are dismissed, with prejudice and on the merits, and without costs and disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 9, 2004

[signature]
Judge of District Court